IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MCGOWAN; A.M., a Minor, by and through his Guardian ANTHONY MCGOWAN; and W.G., a Minor, by and through his Guardian WALTER GALLIGANI, individually and on behalf of similarly situated individuals,<br><br>                 Plaintiffs,<br><br>   v.<br><br>ROBLOX CORPORATION, a Delaware Corporation; and VERIFF, INC., a Delaware corporation,<br><br>                 Defendants. | Case No. 21-cv-6706<br><br>Judge Jorge L. Alonso<br><br>Magistrate Sunil H. Harjani |

## DEFENDANT VERIFF, INC.'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(2) and 12(b)(6)

Defendant Veriff, Inc. ("Veriff"), by its counsel, respectfully moves this Court to dismiss Plaintiffs' Complaint pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, and in support, states as follows:

    1.     This is a class action under the Illinois Biometric Information Privacy Act, 740 ILCS 14/5 *et.seq.* ("BIPA") which alleges violations of Sections 15(b) and 15(c) against Veriff in connection with identity verification services. Plaintiffs' Complaint against Veriff should be dismissed for the following reasons.

    2.     This Court lacks personal jurisdiction over Veriff as Veriff did not engage in any relevant conduct in Illinois.

    3.     Plaintiffs have not alleged any facts showing that the conduct relevant to their BIPA claims occurred primarily and substantially in Illinois. As a result, BIPA, which does not

155698274.1

-2-

apply extraterritorially, is inapplicable, and to hold otherwise would interpret the statute in a way that violates the Dormant commerce clause.

4. Plaintiffs have not alleged facts showing unlawful profiting under Section 15(c).

5. Veriff is contemporaneously filing a Memorandum in support of this Motion.

WHEREFORE, Defendant Veriff respectfully requests that this Court grant this Motion and dismiss all claims against Veriff with prejudice and for such other and further relief the Court deems necessary and appropriate in the interest of justice.

Dated: January 31, 2022 **PERKINS COIE LLP**

By: */s/* Debra R. Bernard
Debra R. Bernard
DBernard@perkinscoie.com

Attorney for Defendant
Veriff, Inc.

Debra R. Bernard (ARDC No. 6191217)
PERKINS COIE LLP
110 N. Wacker Dr., Suite 3400
Chicago, IL 60606
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
DBernard@perkinscoie.com

Susan D. Fahringer (ARDC No. 6331227)
Nicola C. Menaldo (WSBA No. 44459)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
SFahringer@perkinscoie.com
NMenaldo@perkinscoie.com

155698274.1

CERTIFICATE OF SERVICE

I hereby certify that, on January 31, 2022, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of record. Parties may access this filing through the Court's system.

| | |
|---|---|
| Eugene Y. Turin<br>Timothy P. Kingsbury<br>Colin P. Buscarini<br>MCGUIRE LAW, P.C. (Firm ID: 327349)<br>55 W. Wacker Drive, 9th Fl.<br>Chicago, IL 60601<br>Tel: (312) 893-7002<br>eturin@mcgpc.com<br>tkingsbury@mcgpc.com<br>cbuscarini@mcgpc.com | Anthony J Weibell<br>Wilson Sonsini Goodrich & Rosati, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: (650) 493-9300<br>aweibell@wsgr.com |
| Attorneys for Plaintiffs | Attorney for Roblox Corporation |

                                                                                             */s/* Debra R. Bernard