IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MCGOWAN; A.M., a Minor, by and through his guardian ANTHONY MCGOWAN; And CARLOS PENA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>VERIFF, INC., a Delaware corporation,<br><br>*Defendant*. | No. 21-cv-06706<br><br>Hon. Jorge L. Alonso<br><br>Magistrate Hon. Sunil H. Harjani |

**STIPULATION TO REMAND ACTION TO THE**
**CIRCUIT COURT OF DUPAGE COUNTY, ILLINOIS**

Plaintiffs Anthony McGowan; A.M., a Minor, by and through his guardian Anthony McGowan; and Carlos Pena (collectively "Plaintiffs") and Defendant Veriff, Inc. ("Defendant") (collectively, the "Parties'), by and through their undersigned counsel, hereby stipulate and agree to remand this action to the Circuit Court of DuPage County, Illinois. In support of the instant stipulation, the Parties state as follows:

WHEREAS, this action was originally filed in the Circuit Court of DuPage County, Illinois, on November 12, 2021, alleging that Defendant and Roblox Corporation violated the Illinois Biometric Information Privacy Act, 740 ILCS 14/1, *et seq.* ("BIPA");

WHEREAS, on December 16, 2021, Defendant removed this action to the United States District Court for the Northern District of Illinois (Dkt. 1);

WHEREAS, on January 31, 2022, all claims pending against defendant Roblox Corporation were voluntarily dismissed (Dkt. 13);

WHEREAS, on January 31, 2022, Defendant filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (Dkts. 14–15);

WHEREAS, on February 22, 2022, pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiffs filed a First Amended Complaint alleging that Defendant violated Sections 15(b), 15(c), and 15(d) of BIPA (Dkt. 19);

WHEREAS, with the assistance of Hon. James F. Holderman (Ret.) of JAMS, the Parties have reached a settlement that, if finally approved, will fully and finally resolve all claims asserted in this action against Defendant; and

WHEREAS, as a result of potential jurisdictional uncertainty stemming from the U.S. Court of Appeals for the Seventh Circuit's decision in *Thornley v. Clearview AI, Inc.*, 984 F.3d 1241 (7th Cir. 2021), the Parties seek to proceed with their settlement in the Circuit Court of DuPage County, Illinois;

NOW, THEREFORE, the Parties hereby stipulate to remand this matter to the Circuit Court of DuPage County, Illinois, with each party to bear its own costs and fees.

| | |
|---|---|
| Dated: September 16, 2022 | Respectfully submitted, |
| ANTHONY MCGOWAN; A.M., a Minor, by and through his Guardian ANTHONY MCGOWAN; and CARLOS PENA, individually and on behalf of a class of similarly situated individuals | VERIFF, INC. |
| By: /s/ Timothy P. Kingsbury<br>*One of Plaintiffs' Attorneys* | By: /s/ Debra R. Bernard<br>*One of Defendant's Attorneys* |
| Evan M. Meyers<br>Eugene Y. Turin<br>Timothy P. Kingsbury<br>Colin P. Buscarini<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Dr., 9th Fl.<br>Chicago, IL 60601 | Debra R. Bernard<br>PERKINS COIE LLP<br>110 N. Wacker Drive, Suite 3400<br>Chicago, IL 60606<br>Tel: (312) 324-8400<br>dbernard@perkinscoie.com |

emeyers@mcgpc.com
eturin@mcgpc.com
tkingsbury@mcgpc.com
cbuscarini@mcgpc.com

*Counsel for Plaintiffs and the putative Class*

Susan D. Fahringer
Nicola Menaldo
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101
Tel: (206) 359-8000
sfahringer@perkinscoie.com
nmenaldo@perkinscoie.com

*Counsel for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

_____
Hon. Jorge L. Alonso
U.S. District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 16, 2022, I caused the foregoing *Stipulation to Remand Action to the Circuit Court of DuPage County, Illinois* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Timothy P. Kingsbury