# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY MCGOWAN, a minor by his Guardian ANTHONY MCGOWAN, and CARLOS PENA,<br><br>    Plaintiffs,<br><br>v.<br><br>VERIFF, INC.,<br><br>    Defendant. | Case No. 21 C 6706<br><br>Judge Jorge L. Alonso |

## ORDER

The parties to this case having stipulated to remand, this Court hereby remands this case to the Circuit Court of DuPage County. Because this remand is agreed to by the parties, the clerk of court may transmit the certified copy of the remand order immediately, rather than waiting the 14 days otherwise required by Local Rule 81.2. Civil case terminated.

SO ORDERED.                                      ENTERED:  September 19, 2022

_____
JORGE L. ALONSO
United States District Judge