

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date 9/19/2022

Circuit Court of DuPage County

Re: McGown et al v. Veriff, Inc. et al

USDC Case Number: 1:21-cv-06706

Other Court Case Number: 2021 L 001202

Dear Clerk:

A certified copy of an order entered on 9/19/2022, by the Honorable Jorge L. Alonso remanding the above-entitled case back to the **Circuit Court of DuPage County**, is herewith transmitted to you for your files.

        Sincerely,

        Thomas G. Bruton, Clerk

        By: /s/ J. Galindo
           Deputy Clerk

Enclosure(s)
cc: Counsel of record

Rev. 10/05/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY MCGOWAN, a minor by his Guardian ANTHONY MCGOWAN, and CARLOS PENA, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 21 C 6706 |
| v. | ) ) ) | Judge Jorge L. Alonso |
| VERIFF, INC., | ) ) | |
| Defendant. | ) | |

**ORDER**

The parties to this case having stipulated to remand, this Court hereby remands this case to the Circuit Court of DuPage County. Because this remand is agreed to by the parties, the clerk of court may transmit the certified copy of the remand order immediately, rather than waiting the 14 days otherwise required by Local Rule 81.2. Civil case terminated.

SO ORDERED.                                ENTERED:  September 19, 2022

_____
JORGE L. ALONSO
United States District Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JASMIN GALINDO
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
September 19, 2022